No. 683. SOUTHERN SILK MILLS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *Thomas G. McConnell* and *Robert Kemmer* for petitioner. *Solicitor General Sobeloff, George J. Bott, David P. Findling, Dominick L. Manoli* and *Frederick U. Reel* for respondent. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮

No. 684. L. B. HOSIERY CO., INC. ET AL., DOING BUSINESS AS MYERSTOWN HOSIERY MILLS, *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied. *M. Stuart Goldin* for petitioners. *Solicitor General Sobeloff, George J. Bott, David P. Findling, Dominick L. Manoli* and *William J. Avrutis* for respondent.

No. 693. LOEW'S INCORPORATED ET AL. *v.* CINEMA AMUSEMENTS, INC.; and
No. 694. RKO RADIO PICTURES, INC. *v.* CINEMA AMUSEMENTS, INC. C. A. 10th Cir. Certiorari denied. *Frederick W. R. Pride, C. Stanley Thompson* and *Albert J. Gould* for petitioners in No. 693. *James V. Hayes* for petitioner in No. 694. *Thurman Arnold* and *Norman Diamond* for respondent. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

No. 715. PALMER SHIPPING CORP. *v.* LUTH. C. A. 3d Cir. Certiorari denied. *Joseph W. Henderson* and *J. Welles Henderson* for petitioner. *Paul M. Goldstein* and *Herman Moskowitz* for respondent. ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮

No. 668. QUATTRONE *v.* NICOLLS, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION. C. A. 1st Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted.